# Court of Appeals
# of the State of Georgia

ATLANTA, October 11, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0053. CHARTAVIUS K. JAMES v. THE STATE.**

Chartavius James, who is incarcerated, has filed a pro se application for discretionary appeal. He seeks review of a trial court order that was entered on August 2, 2012. James filed his application on September 17, 2012. We lack jurisdiction.

A discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Here, James's application was filed 46 days after entry of the order he seeks to appeal. We lack jurisdiction to consider an untimely application for discretionary appeal. See *Hill*, supra. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/11/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*